IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: DAVID LAMAR ELLIS and JANA ELLIS, As Next Friends to AMY L. ELLIS, a Minor, JOHN D. ELLIS, a Minor and JEFFREY L. ELLIS, a Minor § § § § § | Civil Action No.2-02cv-0288 (TJW) |

## ORDER ON MOTION FOR COURT APPROVAL FOR EXPENDITURE OF TRUST FUNDS

ON THIS DATE, CAME ON TO BE CONSIDERED Movant's Motion for Court Approval for Expenditure of Trust Funds. After careful consideration of the Movant's Motion and the evidence submitted along with the Motion, this Court hereby enters the following order:

IT IS HEREBY ORDERED that the Court approves the withdrawal of $_____ from the Trust Account to be used toward the purchase of a motor vehicle for use by Amy L. Ellis.

If such funds are not used to purchase a motor vehicle for Amy L. Ellis within sixty (60) days after the signing of this Order, IT IS FURTHER ORDERED that such funds shall be returned to the Trust Account.

IT IS FURTHER ORDERED that proof of purchase of said motor vehicle or the return of funds must be provided within sixty (60) days to Marilyn Kenzior or Angela Tunales, EncoreTrust, 5956 Sherry Lane Place, Suite 630, Dallas, Texas 75225, and Rosemary S. Jones, Attorney Ad Litem, Ramey & Flock, P.C., 100 East Ferguson, Suite 500, Tyler, Texas 75202.

IT IS FURTHER ORDERED that the Court approves the withdrawal of funds from the Trust Account to be used toward Amy L. Ellis' education. Such funds can be withdrawn from the trust upon the submission of written documentation that reflects specifically how the funds are to be used toward educational purposes.

SIGNED AND ENTERED on this \_\_\_\_\_ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE